IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARRY L. McADOO, ) | |
| ) | |
| Plaintiff, ) | Case No. CV-07-469-S-BLW |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| TOM MANWARING, RANDY ) | |
| BLADES, CORRECTIONAL ) | |
| MEDICAL SERVICES, INC., a ) | |
| Missouri Corporation, and IDAHO ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Court earlier ordered Plaintiff to pay the filing fee by March 31, 2008, and allowed Plaintiff to file an amended complaint. Plaintiff has filed an unacceptable amended complaint that is a jumble of standards of law and argument rather than a statement of the facts. In the future, Plaintiff is encouraged to use the pre-printed complaint forms available in the Prison Legal Resource Center insofar as possible and to follow the Court's Initial Review Order.

Plaintiff has asked the Court to reconsider his in forma pauperis request, but has filed only an old prison trust account statement (in January 2008, he filed a prison trust account statement from October 2007). Because Plaintiff has failed to pay the filing fee and failed to provide a current trust account statement, his case will be dismissed without prejudice to refiling a new action.

**ORDER  1**

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice to filing a new action.

IT IS FURTHER HEREBY ORDERED that Plaintiff's Motion to Reconsider in Forma Pauperis Application is DENIED without prejudice for failing to file a current trust account statement.



DATED:  **May 14, 2008**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER  2**